JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHIANNON TORGERSON,<br><br>Plaintiff,<br><br>v.<br><br>THE ELEVANCE HEALTH COMPANIES, INC.,<br><br>Defendant. | No. CV 23-1906 PA (RAOx)<br><br>JUDGMENT |

In accordance with the Court's September 4, 2025 order granting the Motion to Confirm Arbitration Award filed by defendant The Elevance Health Companies, Inc. ("Defendant") and denying the Motion to Vacate Arbitration Award filed by plaintiff Rhiannon Torgerson ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Court confirms the arbitration award dated July 5, 2025 in favor of Defendant and against Plaintiff; and

2. Pursuant to the arbitration award, Plaintiff's claims are dismissed with prejudice.

DATED: September 4, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE